**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION AT MEMPHIS**

---

**ELEANOR R. RUSSELL**
**a/k/a ELEANOR BELFOUR**,

    **Plaintiff/Counter-Defendant**

**Vs.**             **No.2:09-cv-02675-SHM-cgc**
                **JURY DEMANDED**

**ALLSTATE INSURANCE COMPANY,**

    **Defendant/Counter-Plaintiff**

---

**NOTICE OF SERVICE**

---

   Notice is hereby given that the Defendant/Counter-Plaintiff, Allstate Insurance Company, on January 18, 2010, served via Federal Express the Plaintiff/Counter-Defendant, Eleanor R. Russell a/k/a Eleanor Belfour, with Allstate Property and Casualty Company's Initial Disclosures Under Federal Rules of Civil Procedure 26 (a)(1) and (2).

        Respectfully submitted,

        WALDROP, BARNETT, LAZAROV &NEARN, P.C.


     By:  s/ David M. Waldrop
        David M. Waldrop   #100661
        Attorney for Allstate Property & Casualty Insurance
        Company
        9032 Stone Walk Place
        Germantown, TN 38138
        (901) 759-3489

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system this the 18th day of January, 2010.


/s/ *David M. Waldrop*
David M. Waldrop