# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION AT MEMPHIS

**ELEANOR R. RUSSELL**
**a/k/a ELEANOR BELFOUR**,

    **Plaintiff/Counter-Defendant**

Vs.                                              **No.2:09-cv-02675-SHM-cgc**
                                                      **JURY DEMANDED**

**ALLSTATE INSURANCE COMPANY,**

    **Defendant/Counter-Plaintiff**

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through counsel, and hereby announce by consent that the Complaint filed by Eleanor R. Russell a/k/a Eleanor Belfour against Allstate Insurance Company, and the Counter-Complaint filed by Allstate Insurance Company against Eleanor R. Russell a/k/a Eleanor Belfour are hereby dismissed with prejudice. Both parties agree that they will not seek reimbursement of expenses, attorney's fees or discretionary costs from the other party.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Complaint by Eleanor R. Russell a/k/a Eleanor Belfour against Allstate Insurance Company and the Counter-Complaint by Allstate Insurance Company against Eleanor R. Russell a/k/a Eleanor Belfour are hereby dismissed with prejudice.

                                      *s/ Samuel H. Mays, Jr.*            .
                                      JUDGE

                                      DATE: *April 7, 2010*               .

APPROVED FOR ENTRY BY:


/s/ John R. Cannon
John R. Cannon
Attorney for Plaintiff/Counter-Defendant
22 North Front Street
Suite 850
Memphis, TN 38103


/s/ David M. Waldrop
David M. Waldrop (# 13079)
Attorney for Defendant/Counter-Plaintiff
9032 Stone Walk Place
Germantown, TN 38138
(901) 759-3489