UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


ELEANOR R. RUSSELL,
a/k/a ELEANOR BELFOUR,

    Plaintiff/Counter-Defendant,

v.                                          Cv. No. 09-2675-Ma

ALLSTATE INSURANCE COMPANY,

    Defendant/Counter-Plaintiff.


# JUDGMENT


    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Consent Order of Dismissal With Prejudice, docketed April 9, 2010.


**APPROVED:**


S/ *Samuel H. Mays Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


| April 27, 2010 | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | S/ *Jean Lee* |
| | (By) DEPUTY CLERK |